IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
ASHEVILLE, N. C.

NOV 14 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) ) ) | |
| CLYDE MCALISTER et ux. et al., ) ) | |
| Plaintiffs, ) | MDL 875 |
| ) | |
| This filing pertains to Plaintiff ) KIRK W. STROTHER, Executor of the ) Estate of WILLIAM L. STROTHER, ) deceased, ) ) | |
| ) | WDNC No. 1:99cv149-T |
| ) | |
| v. ) ) | |
| ACandS, Inc., et al., ) ) | |
| Defendants. ) | |

## ORDER SUBSTITUTING PERSONAL REPRESENTATIVE AS PLAINTIFF

This cause being heard by the undersigned Judge on motion of Kirk W. Strother, Executor of the Estate of William L. Strother, deceased, to be substituted as plaintiff; and it appearing to the Court that William L. Strother is deceased and that Kirk W. Strother is the duly qualified, appointed and acting Executor of his estate; and it further appearing to the Court that the nature of this action is such that the cause of action survives the death of the named plaintiff;

IT IS ORDERED that Kirk W. Strother, Executor of the Estate of William L. Strother, deceased, is hereby substituted as plaintiff for William L. Strother.

This the 19th day of October, 2005.

_____
Judge Presiding

Charles R. Weiner

McAlister et al v. ACandS, Inc., et al – WDNC 1:99cv149-T
CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was served defendants in the above referenced matter filed in this court by depositing copies thereof in the United States Mail, postage prepaid, addressed to the attorneys, by first class mail, as follows:

Attorney for A.W. Chesterton
Mark S. Thomas, Esquire
Maupin Taylor & Ellis, P.A.
3200 Beechleaf Court, Suite 500
P.O. Drawer 19764
Raleigh, NC 27619-9764

Attorney for Aqua-Chem f/k/a Cleaver-Brooks
Stephen B. Williamson, Esquire
11 North Market Street
P.O. Box 7376
Asheville, NC 28802

Attorney for Crown Cork & Seal
Timothy Bouch, Esquire
Leith Bouch & Crawford
P. O. Box 59
134 Meeting Street, Fourth Street
Charleston, SC 28402

Attorney for Georgia-Pacific Corporation
Kenneth Kyre, Jr.
Pinto Coates Kyre & Brown
P.O. Box 4848
Greensboro, NC 27404

Attorney for Owens-Illinois, Inc.
Robert O. Meriwether
Nelson Mullins Riley & Scarborough
P.O. Box 11070
Columbia, SC 29211

Attorney for 3M
J.A. Gardner III
Hedrick Eatman Gardner & Kincheloe
P.O. Box 30397
Charlotte, NC 28230

Attorney for Viacom

Michael Evert/Ivan Gustafson
Evert & Weathersby
3405 Piedmont Rd., Suite 225
Atlanta, GA  30305

This the 7th day of October, 2005.

/s/ Janet Ward Black
Janet Ward Black
Attorney for Plaintiff
N.C.S.B. 12869
Donaldson & Black, P.A.
208 West Wendover Ave.
Greensboro, NC  27401
(336) 273-3812