IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION<br>ALL ACTIONS<br>(See attached schedule for case list) | :<br>:<br>:<br>: | MDL 875 |

FILED
ASHEVILLE, N.C.

JUN -1 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

## TRANSFER ORDER NO. 36

The Court hereby ORDERS the Clerk of the District Court for the Eastern District of Pennsylvania, the Transferee Court, to initiate the procedures for the transfer of MDL - 875 cases from the District Court for the Western District of North Carolina, the Transferor Court, in accordance with the terms of this Court's Administrative Order No. 11, a copy of which is attached hereto. The effective date of transfer is upon entry of this order.

BY THE COURT

/S/ James T. Giles
JAMES T. GILES, J.

Date: 5/21/2007

| Date | PA ED # | Transfer # | Name of Plaintiff | |
|---|---|---|---|---|
| 5/25/2007 | 64462 | 88-00090 | Trexler, Charles C. | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64463 | 88-00095 | Dellinger, B.G. | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64464 | 88-00150 | Spake, Mary Frances | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64465 | 88-00167 | Crawford, John H. | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64466 | 88-00172 | Hamlin, F. Glenn Jr. | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64467 | 88-00175 | Gibson, James William | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64468 | 88-00207 | Cooper, Howard F. | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64469 | 88-00244 | Crawford, Boyd Harold | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64470 | 88-00246 | Lindley, Edward | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64471 | 89-00146 | Garrison, William D. | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64472 | 90-00139 | Atkins, Daisy E. | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64473 | 90-00251 | Taylor, Thomas D. | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64474 | 90-00291 | Brazzil, William Hill | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64475 | 91-00013 | Barnett, Alvin | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64476 | 92-00112 | Moody, John C. | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64477 | 94-00132 | Hyer, William L.H. | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64478 | 99-00149 | McAlister, Clyde | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64479 | 92-00181 | Carangio, Louis | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64480 | 92-00182 | Stogner, Jerry L. | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64481 | 98-00548 | Bryant, Truett George | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64482 | 99-00022 | Baldwin, Robert Lee | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64483 | 99-00295 | Stallings, Carlos F. | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64484 | 98-00049 | Silvers, William D. | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64485 | 92-00046 | Jolley, Steele Farris | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64486 | 92-00073 | Ritchie, Donald Glenn | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64487 | 07-00024 | Farmer, Carol Dean, Sr. | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64488 | 07-00061 | Abernathy, Paul Steven | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64489 | 07-00063 | Bert, David Anthony | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64490 | 07-00064 | Gabriel, Gary Sigmon | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64491 | 07-00067 | Hallman, Reginald David | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64492 | 07-00068 | Atwell, Robert W., Jr. | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64493 | 07-00070 | Hamrick, Roger Michael | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64494 | 07-00071 | Hill, Michael | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64495 | 07-00077 | McJunkins, Kenneth Franklin | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64496 | 07-00080 | Hedspeth, Albert David, Jr. | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64497 | 07-00081 | Hull, Garry Lynn | NORTH CAROLINA WESTERN |

| Date | ID | Case Number | Name | District |
|---|---|---|---|---|
| 5/25/2007 | 64498 | 07-00082 | McCain, Jerry | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64499 | 07-00083 | Poole, Robert Marvin | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64500 | 07-00084 | Shephard, Charles Tony | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64501 | 07-00085 | Tallent, William Todd | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64502 | 07-00088 | Bradley, John Ruben | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64503 | 07-00089 | Goforth, Paul Aaron | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64504 | 07-00090 | Redding, Lawrence Leory | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64505 | 07-00091 | Stewart, Leonard Floyd, Jr. | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64506 | 07-00092 | Taylor, Ann C. | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64507 | 07-00093 | Wagoner, Clarence Jay | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64508 | 07-00094 | Garland, Inez C. | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64509 | 07-00099 | Hunter, Donald W. | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64510 | 07-00102 | Aiken, Dewey Carlton | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64511 | 07-00103 | Bumgarner, David Scott | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64512 | 07-00104 | Burris, Michael Eugene | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64513 | 07-00105 | Fortner, Edward William | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64514 | 07-00106 | McCurry, Barry Dean | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64515 | 07-00107 | Revels, Leroy Elliott | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64516 | 07-00108 | Smith, Richard Dana | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64517 | 07-00109 | McCoy, Kent J. | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64518 | 07-00110 | Whiteside, Sterlin Columbus | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64519 | 07-00111 | Jones, Thad Dale | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64520 | 07-00112 | Blaylock, Guy D. | NORTH CAROLINA WESTERN |
| 5/25/2007 | 64521 | 87-00427 | Atkins, Daisy E. | NORTH CAROLINA WESTERN |